BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GATEWAY VIDEO GAME ADDICTION PRODUCT LIABILITY LITIGATION | MDL No. 3168 |

**PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the Notice of Related Action, Schedule of Action, Proof of Service, Docket Sheet, and Complaint were electronically filed with the Judicial Panel on Multidistrict Litigation via the CM/ECF System, which will send notice of this filing to all parties of record. The aforementioned documents were also served via regular mail as follows:

**Roblox Corporation**
c/o CSC Lawyers Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3502

**Microsoft Corporation**
c/o Corporation Service Company
300 Deschutes Way SW, Suite 208
Tumwater, WA 98501

**Mojang AB**
Soder Malarstrand 43, 118 25
Stockholm, Sweden

Dated: October 23, 2025

BULLOCK LEGAL GROUP, LLC

*/s/ Anya Fuchs*
Anya Fuchs (CA215105)
Tina Bullock (GA121791)
Carasusana Wall (OH0090234)
2000 Powell Street, Suite 825
Emeryville, California 94608
(833) 853-4258
(470) 412-6708 (facsimile)
Anya@bullocklegalgroup.com
Tina@bullocklegalgroup.com
Cara@bullocklegalgroup.com

*Counsel for Plaintiffs Stacey Hart and Candace Owens*